TAYLOR, APPELLANT, *v.* LUCAS, APPELLEE.

[Cite as *Taylor v. Lucas* (1994), 71 Ohio St.3d 39.]

(No. 94–303—Submitted October 11, 1994—Decided November 23, 1994.)

*Ohlin & Ohlin* and *Joseph D. Ohlin,* for appellant.

*Chuparkoff & Chuparkoff, George A. Chuparkoff* and *Stephen J. Chuparkoff,* for appellee.

40

The discretionary appeal is allowed. The judgment of the court of appeals is reversed and the cause is remanded to the trial court for further proceedings consistent with *Cabe v. Lunich* (1994), 70 Ohio St.3d 598, 640 N.E.2d 159.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.